UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WELLS FARGO BANK, NATIONAL ASSOCIATION, :
AS TRUSTEE FOR THE BENEFIT OF THE :
REGISTERED HOLDERS OF UBS COMMERCIAL :    24-CV-05421 (JAV)
MORTGAGE TRUST 2017-C5, COMMERCIAL :
MORTGAGE PASS-THROUGH CERTIFICATES, :    ORDER OF DISMISSAL
SERIES 2017-C5, :
:
                Plaintiff, :
:
:
      -v- :
:
DELSHAH 60 NINTH LLC, DELSHAH :
GANSEVOORT 69, LLC, MICHAEL K. SHAH, :
BOARD OF MANAGERS OF THE PORTER HOUSE :
CONDOMINIUM, AND AVISON YOUNG-NEW :
YORK LLC, :
:
                Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court having been advised at ECF No. 33 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **within sixty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. **Requests to extend the deadline to reopen are unlikely to be granted.**

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: March 17, 2025
      New York, New York

                                                                                               JEANNETTE A. VARGAS
                                                                               United States District Judge